UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG VINH DUONG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARCOS CHARLES, *Warden, California City Correctional Facility*, et al.<br><br>　　　　　Respondents. | No.  1:25-cv-01375-SKO (HC)<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Docs. 24, 25) |

　　　　On November 15, 2025, Petitioner Quang Vinh Duong and Respondents Marcos Charles, *Warden, California City Correctional Facility*; Moises Becerra, *Field Officer Director, San Francisco ICE*; Kristi Noem, *Secretary of Homeland Security*; and Pamela Bondi, *U.S. Attorney General* (collectively "the Parties") filed a Joint Status Report in which the Parties notified the Court that Petitioner was being transported for release and that Respondents "anticipate[d] that release occurring [that] afternoon." (Doc. 24).  Later that day, Respondents notified the Court that Petitioner was released from United States Immigration and Customs Enforcement custody at approximately 4:30 p.m. that day.  (Doc. 25).

//

//

In light of Petitioner's release in accordance with the Court's November 14, 2025 order, (Doc. 23), the Court DIRECTS the Clerk to close the case and enter judgment in favor of Petitioner.

IT IS SO ORDERED.

Dated:   **November 17, 2025**             /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE